# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowman, Leslie A. | U.S. District Court - Arizona | 03/19/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3170
Tucson, Arizona 85701-5054

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/19/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Physician, self-employed, retired 8/2020 |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/19/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Morgan Stanley | Mortgage on Property, Pima County (Pt. VII, line 5) | None |
| 2. Morgan Stanley | Mortgage on Rental Property, Los Angeles County (Pt. VII, line 6) | O |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 2. Capital One Accounts | B | Interest | M | T | | | | | |
| 3. Bank of America Account | | None | J | T | | | | | |
| 4. Property #1, Pima County, AZ | | None | | | Sold | 11/05/20 | N | E | Chrystina Cook |
| 5. Rental Property #2, Los Angeles County, CA | F | Rent | P1 | W | | | | | |
| 6. Diversified Van Inst Indx Plus | A | Dividend | J | T | | | | | |
| 7. Diversified Vanguard SmCap Indx Plus | A | Dividend | K | T | | | | | |
| 8. Vanguard Prime Money Market Sweep Account | A | Interest | J | T | | | | | |
| 9. Vanguard Health Care Fd Investor Shares (VMRXX) | A | Dividend | J | T | | | | | |
| 10. Vanguard Health Care Fd Investor Shares (VGHAX) | C | Dividend | J | T | | | | | |
| 11. Vanguard Large Cap Indx Fd Adm Shares (VLCAX) | C | Dividend | N | T | | | | | |
| 12. Vanguard Small Cap Indx Fd Adm Shares (VSMAX) | A | Dividend | | | Sold | 04/06/20 | M | | |
| 13. Vanguard Total International Stock Indx Fd Adm Shares (VTIAX) | A | Dividend | | | Sold | 04/06/20 | K | | |
| 14. Apple | A | Dividend | K | T | | | | | |
| 15. Vanguard S & P 500 Index ETF (VOO) | D | Dividend | O | T | | | | | |
| 16. Vanguard Consumer Discretionary ETF (VCR) | C | Dividend | M | T | | | | | |
| 17. Vanguard Small Cap ETF (VB) | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowman, Leslie A.** | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Vanguard Healthcare ETF (VHT) | B | Dividend | M | T | | | | | |
| 19. Vanguard Financials ETF (VFH) | C | Dividend | M | T | | | | | |
| 20. Vanguard Total Stock Mkt ETF (VTI) | B | Dividend | M | T | | | | | |
| 21. Vanguard Information Tech ETF (VGT) | C | Dividend | N | T | | | | | |
| 22. Vanguard Extended Mkt ETF (VXF) | B | Dividend | M | T | | | | | |
| 23. Vanguard Total International ETF (VXUS) | A | Dividend | | | Sold | 04/06/20 | M | | |
| 24. Alphabet Inc (GOOGL) | A | Dividend | K | T | | | | | |
| 25. Microsoft (MSFT) | A | Dividend | L | T | | | | | |
| 26. Union Pacific (UNP) | A | Dividend | K | T | | | | | |
| 27. Abbvie (ABBV) | A | Dividend | K | T | | | | | |
| 28. Cisco (CSCO) | B | Dividend | K | T | | | | | |
| 29. Duke Energy (DUK) | A | Dividend | J | T | | | | | |
| 30. EFT Mgrs Prime (IPAY) | | None | L | T | Buy | 05/04/20 | K | | |
| 31. Intel Corp (INTC) | A | Dividend | J | T | | | | | |
| 32. Invesco (PBW) | A | Dividend | L | T | Buy | 09/29/20 | K | | |
| 33. | | | | | Buy<br>(add'l) | 12/29/20 | J | | |
| 34. Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy | 05/04/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Medtronic (MDT) | A | Dividend | K | T | Buy | 05/04/20 | K | | |
| 36. Proctor & Gamble (PG) | A | Dividend | K | T | | | | | |
| 37. Target (TGT) | A | Dividend | K | T | | | | | |
| 38. Toronto Dom (TD) | A | Dividend | K | T | | | | | |
| 39. United Parcel (UPS) | A | Dividend | K | T | | | | | |
| 40. Verizon (VZ) | A | Dividend | J | T | | | | | |
| 41. A T & T (T) | B | Dividend | K | T | Buy<br>(add'l) | 05/04/20 | K | | |
| 42. Broadcom (AVGO) | B | Dividend | K | T | Buy | 05/04/20 | K | | |
| 43. JP Morgan Chase (JPM) | A | Dividend | K | T | Buy | 05/04/20 | K | | |
| 44. Coca Cola (KO) | A | Dividend | | | Sold | 09/29/20 | J | | |
| 45. Amplify (IBUY) | A | Dividend | L | T | Buy | 05/04/20 | K | | |
| 46. Analog Dev (ADI) | A | Dividend | K | T | Buy | 05/04/20 | K | | |
| 47. Facebook (FB) | | None | K | T | | | | | |
| 48. Home Depot (HD) | A | Dividend | K | T | Buy | 05/04/20 | K | | |
| 49. Royal Dutch (RDSB) | A | Dividend | | | Buy | 03/03/20 | K | | |
| 50. | | | | | Sold | 09/29/20 | K | | |
| 51. I Shares 5-10 (IGIB) | A | Dividend | K | T | Buy | 06/15/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  I Shares 1-5 (IGSB) | A | Dividend | K | T | Buy | 06/15/20 | K | | |
| 53.  SPDR High Yield (SJNK) | A | Dividend | K | T | Buy | 06/15/20 | K | | |
| 54.  ClearBridge Variable Sm Cap Growth Fund | | None | L | T | Buy (add'l) | 01/10/20 | J | | |
| 55. | | | | | Buy (add'l) | 01/25/20 | J | | |
| 56. | | | | | Buy (add'l) | 02/10/20 | J | | |
| 57. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 58. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 59. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 60. | | | | | Sold | 04/10/20 | K | | |
| 61. | | | | | Buy | 05/10/20 | K | | |
| 62. | | | | | Buy (add'l) | 05/25/20 | J | | |
| 63. | | | | | Buy (add'l) | 06/10/20 | J | | |
| 64. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 65. | | | | | Buy (add'l) | 07/10/20 | J | | |
| 66. | | | | | Buy (add'l) | 07/25/20 | J | | |
| 67. | | | | | Buy (add'l) | 08/10/20 | J | | |
| 68. | | | | | Buy (add'l) | 09/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowman, Leslie A.** | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 70. | | | | | | Sold<br>(part) | 09/30/20 | J | | |
| 71. | Delaware VIP Sm Cap Value Series | None | | | | Buy<br>(add'l) | 01/10/20 | J | | |
| 72. | | | | | | Buy<br>(add'l) | 01/25/20 | J | | |
| 73. | | | | | | Buy<br>(add'l) | 02/10/20 | J | | |
| 74. | | | | | | Buy<br>(add'l) | 02/25/20 | J | | |
| 75. | | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 76. | | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 77. | | | | | | Sold | 04/10/20 | K | | |
| 78. | Delaware VIP REIT Series | None | | | | Buy<br>(add'l) | 01/10/20 | J | | |
| 79. | | | | | | Buy<br>(add'l) | 01/25/20 | J | | |
| 80. | | | | | | Buy<br>(add'l) | 02/10/20 | J | | |
| 81. | | | | | | Buy<br>(add'l) | 02/25/20 | J | | |
| 82. | | | | | | Buy<br>(add'l) | 03/10/20 | J | | |
| 83. | | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 84. | | | | | | Sold | 04/10/20 | K | | |
| 85. | LVIP SSgA Dev. International 150<br>(Standard Class) | None | | | | Buy<br>(add'l) | 01/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | Buy (add'l) | 01/25/20 | J | | |
| 87. | | | | | | Buy (add'l) | 02/10/20 | J | | |
| 88. | | | | | | Buy (add'l) | 02/25/20 | J | | |
| 89. | | | | | | Buy (add'l) | 03/10/20 | J | | |
| 90. | | | | | | Buy (add'l) | 03/25/20 | J | | |
| 91. | | | | | | Sold | 04/10/20 | K | | |
| 92. | LVIP SSgA S & P 500 Index Fund (Standard Class) | None | M | T | | Buy (add'l) | 01/10/20 | J | | |
| 93. | | | | | | Buy (add'l) | 01/25/20 | J | | |
| 94. | | | | | | Buy (add'l) | 02/10/20 | J | | |
| 95. | | | | | | Buy (add'l) | 02/25/20 | J | | |
| 96. | | | | | | Buy (add'l) | 03/10/20 | J | | |
| 97. | | | | | | Buy (add'l) | 03/25/20 | J | | |
| 98. | | | | | | Buy (add'l) | 04/10/20 | M | | |
| 99. | | | | | | Buy (add'l) | 04/25/20 | J | | |
| 100. | | | | | | Buy (add'l) | 05/10/20 | J | | |
| 101. | | | | | | Sold (part) | 05/10/20 | K | | |
| 102. | | | | | | Buy (add'l) | 06/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 06/25/20 | J | | |
| 104. | | | | | Buy<br>(add'l) | 07/10/20 | J | | |
| 105. | | | | | Buy<br>(add'l) | 07/25/20 | J | | |
| 106. | | | | | Buy<br>(add'l) | 08/10/20 | J | | |
| 107. | | | | | Buy<br>(add'l) | 08/25/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 09/10/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 09/25/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 10/10/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 10/25/20 | J | | |
| 112. | | | | | Buy<br>(add'l) | 11/10/20 | J | | |
| 113. | | | | | Buy<br>(add'l) | 11/25/20 | J | | |
| 114. | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 115. | | | | | Buy<br>(add'l) | 12/25/20 | J | | |
| 116. | | | | | Sold<br>(part) | 09/30/20 | K | | |
| 117. LVIP T. Rowe Price Structured Mid Cap<br>Growth Fund | | None | M | T | Buy<br>(add'l) | 01/10/20 | J | | |
| 118. | | | | | Buy<br>(add'l) | 01/25/20 | J | | |
| 119. | | | | | Buy<br>(add'l) | 02/10/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 121. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 122. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 123. | | | | | Buy (add'l) | 04/10/20 | K | | |
| 124. | | | | | Buy (add'l) | 04/25/20 | J | | |
| 125. | | | | | Buy (add'l) | 05/10/20 | J | | |
| 126. | | | | | Sold (part) | 05/10/20 | K | | |
| 127. | | | | | Buy (add'l) | 05/25/20 | J | | |
| 128. | | | | | Buy (add'l) | 06/10/20 | J | | |
| 129. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 130. | | | | | Buy (add'l) | 07/10/20 | J | | |
| 131. | | | | | Buy (add'l) | 07/25/20 | J | | |
| 132. | | | | | Buy (add'l) | 08/10/20 | J | | |
| 133. | | | | | Buy (add'l) | 08/25/20 | J | | |
| 134. | | | | | Buy (add'l) | 09/10/20 | J | | |
| 135. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 136. | | | | | Sold (part) | 09/30/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  LVIP Wellington Mid Cap Value Fund | | None | | | Buy (add'l) | 01/10/20 | J | | |
| 138. | | | | | Buy (add'l) | 01/25/20 | J | | |
| 139. | | | | | Buy (add'l) | 02/10/20 | J | | |
| 140. | | | | | Buy (add'l) | 02/25/20 | J | | |
| 141. | | | | | Buy (add'l) | 03/10/20 | J | | |
| 142. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 143. | | | | | Sold | 04/10/20 | K | | |
| 144.  IShares Exponential Technology ETF (XT) | A | Dividend | L | T | Buy (add'l) | 08/10/20 | K | | |
| 145. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 146.  Invesco Russell 1000 Equal Weight ETF (EQAL) | C | Dividend | N | T | Buy (add'l) | 02/25/20 | J | | |
| 147. | | | | | Buy (add'l) | 04/27/20 | J | | |
| 148. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 149. | | | | | Buy (add'l) | 08/06/20 | L | | |
| 150.  Vanguard Russell 2000 Index ETF (VTWO) | A | Dividend | | | Buy (add'l) | 02/24/20 | J | | |
| 151. | | | | | Buy (add'l) | 05/13/20 | J | | |
| 152. | | | | | Sold | 08/06/20 | L | | |
| 153.  Vanguard 500 Index Fund (VFINX) | B | Dividend | M | T | Buy (add'l) | 01/13/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 155. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 156. | | | | | Buy (add'l) | 07/20/20 | J | | |
| 157. | | | | | Buy (add'l) | 09/28/20 | K | | |
| 158. Vanguard MidCap Growth (VMGRX) | A | Dividend | L | T | Buy (add'l) | 01/13/20 | J | | |
| 159. Vanguard Strategic Equity Fund (VSEQX) | | None | | | Buy (add'l) | 01/13/20 | J | | |
| 160. | | | | | Sold | 09/28/20 | K | | |
| 161. Vanguard Strategic SmCap Euity Fund (VSTCX) | A | Dividend | L | T | Buy (add'l) | 01/13/20 | J | | |
| 162. Vanguard SmCap Growth ETF (VBK) | A | Dividend | L | T | Buy | 08/31/20 | J | | |
| 163. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 164. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 165. | | | | | Buy (add'l) | 09/03/20 | K | | |
| 166. Invesco Wilderhill Clean Energy ETF (PBW) | A | Dividend | L | T | Buy | 10/21/20 | K | | |
| 167. Invesco S & P 500 Equal Weight (RSP) | A | Dividend | K | T | Buy | 10/26/20 | J | | |
| 168. | | | | | Buy (add'l) | 12/09/20 | J | | |
| 169. | | | | | Buy (add'l) | 12/22/20 | J | | |
| 170. Vanguard Short Term Bond ETF (BSV) | A | Dividend | L | T | Buy | 12/11/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard Short Term Corp. Bond ETF (VCSH) | A | Dividend | L | T | Buy | 12/11/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bowman, Leslie A.** | 03/19/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie A. Bowman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544